UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  08-20581-MC-MORENO

IN RE: Request from Argentina Pursuant to the
Treaty Between the United States of America and
the Republic of Argentina on Mutual Assistance
in Criminal Matters in the Matter of Marcelo Ezio
Pizzini.
_____/

## ORDER APPOINTING A COMMISSIONER

Upon application of the United States, and upon review of the letter of request from the Prosecutor's Office in Buenos Aires, Argentina, seeking evidence for use in a judicial criminal investigation in Argentina and the Court having fully considered this matter.

IT IS HEREBY ORDERED, pursuant to the authority conferred by 28 U.S.C. § 1782 and this Court's inherent authority, that Assistant United States Attorney Adam S. Fels is appointed as Commissioner of this Court and is hereby directed to execute the letter of request as follows:

1.   take such steps as are necessary, including issuance of commissioner's subpoenas to be served on persons within the jurisdiction of this Court, to collect the evidence requested;

2.   provide notice with respect to the collection of evidence to those persons identified in the request as parties to whom notice should be given, and no notice to any other party shall be required;

3.   copies of this Order may be retained by the Commissioner and the relevant investigating agency and a copy of this Order may be served upon financial institutions as needed to comply with the request for assistance from Argentina.

4.   adopt procedures to collect the evidence requested consistently with its use as

evidence in an investigation before a tribunal in Argentina, which procedures may be specified in the request or provided by the requesting court or authority or by a representative of Argentina.

5. seek such further orders of this Court as may be necessary to execute this request;

6. certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to the requesting court or authority.

IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, special agents of the Federal Bureau of Investigation and/or representatives of Argentina.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of March, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record